IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02740-BNB

CHRISTOPHER EUGENE ZVOLANEK,

    Plaintiff,

v.

ROSE MEDICAL CENTER,
MR. KENNETH FEILER, Administrator,
EMERGENCY ROOM DEPARTMENT,
DR. DONALD LETKOWITZ, M.D.,
EMERGENCY ROOM NURSE MARLA UNKNOWN LAST NAME
    OR JANE DOE,
SECURITY PERSONNEL (2) UNKNOWN NAME OR JOHN DOE
    AT ROSE MED. CTR.,
DENVER HEALTH EMERGENCY MEDICAL SERVICE PERSONNELS [sic]
    (UNKNOWN NAME) JOHN AND JANE DOE, and
DENVER FIRE PERSONNELS [sic] (UNKNOWN NAME) JOHN DOES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2010

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Christopher Eugene Zvolanek, initiated this action by filing *pro se* a complaint in which he asserted jurisdiction pursuant to "American Disability Acts Title II of 1990, Section 504, Malpractice, Discrimination, Human Rights." Complaint at 2. He was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On November 30, 2009, Magistrate Judge Boyd N. Boland ordered Mr. Zvolanek to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. On December 16, 2009, Magistrate Judge Boland granted Mr. Zvolanek an additional thirty days to

comply with the November 30 order. In both the November 30 order and the December 16 minute order, Magistrate Judge Boland warned Mr. Zvolanek that if he failed within the time allowed to comply with the directives of the November 30 order, the complaint and the action would be dismissed without further notice. Mr. Zvolanek has failed within the time allowed to comply with the November 30 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Christopher Eugene Zvolanek, to file within the time allowed an amended complaint that complies with this order and with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and for his failure to prosecute.

DATED at Denver, Colorado, this 22 day of January, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02740-BNB

Christopher Eugene Zvolanek
1580 Dahlia Street
Denver, CO 80220

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk